AMERICAN STORE EQUIPMENT & CONSTRUCTION CORPORATION, Appellant, *v.* JACK DEMPSEY'S PUNCH BOWL, INC., Respondent, Impleaded with Others.

Argued April 17, 1940; decided May 21, 1940.

*I. Maurice Wormser* and *Philip Feldman* for appellant.
*Edward Amron* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.